Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 8670**

The person charged as __Julio Ibarra-Cano__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Eastern__ District of __California__ with __Deported Alien Found in the United States__, in violation of __Title 8, United States Code, Section 1326 (a) and (b) (2)__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __7/21/08__

__Christopher A. Ssalgado__
(Name)
Deportation Officer

Reviewed and Approved:

Dated: __7-21-08__

__John E. Weis__
Assistant United States Attorney

**FILED**
JUL 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**USA,**

v.

**WARRANT FOR ARREST**

**JULIO IBARRA-CANO,**

Case Number: **2:08-CR-00257-MCE**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **Julio Ibarra-Cano,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment     ☐ Information     ☐ Violation Petition     ☐ Other _____

charging him or her with (brief description of offense)

**DEPORTED ALIEN FOUND IN THE UNITED STATES**

in violation of Title **8** United States Code, Section(s) **1326 (a) and (b)(2)**

| A. Benson | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
|  | **6/6/08**       Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **NO BAIL**     by     **Magistrate Judge Kimberly J. Mueller**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| 7/21/08 | Chris SALGADO  Deportation Officer |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 7/21/08 | [signature] |
| Date of Arrest | Signature of Arresting Officer |

FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725



**FILED**

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-0257 MCE |
| Plaintiff, | VIOLATION: 8 U.S.C. §§ 1326(a) and (b)(2) - Deported Alien Found in the United States |
| v. | |
| JULIO IBARRA-CANO, aka Julio Ibarra Azpeitia, aka Julio Azpetia Ibarra, | |
| Defendant. | |

### I N D I C T M E N T

The Grand Jury charges: T H A T

JULIO IBARRA-CANO,
aka Julio Ibarra Azpeitia,
aka Julio Azpetia Ibarra,

defendant herein, an alien, on or about January 18, 2001, was excluded, deported and removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

   Possession of Cocaine Base for Sale in violation of
   California Health and Safety Code Section 11351.5, on or
   about December 19, 2000, in San Joaquin County, California;

and, thereafter, on or about July 19, 2007, the defendant was found

1  in the State and Eastern District of California, with neither the
2  Attorney General of the United States nor the Secretary of the
3  Department of Homeland Security having expressly consented to a
4  reapplication by the defendant for admission into the United States,
5  in violation of Title 8, United States Code, Sections 1326(a) and
6  (b)(2).

A TRUE BILL.


FOREPERSON

McGREGOR W. SCOTT
United States Attorney

2